NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000596**
**01-NOV-2022**
**08:27 AM**
**Dkt. 90 OGMD**

NO. CAAP-21-0000596

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF TJ

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 14-00008)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, Nakasone and Chan, JJ.)

Upon consideration of the October 25, 2022 Stipulation to Dismiss Appeal by Appellant Mother (**Appellant**), which this court construes as a Motion to Dismiss (**Motion to Dismiss**), the papers in support, and the record, it appears that we no longer have jurisdiction over Appellant's appeal from the October 11, 2021 "Decision and Order Regarding Contested Hearing on Motion to Terminate Parental Rights Filed August 27, 2019," (**Order Terminating Parental Rights**) because the judgment has been vacated and the appeal is now moot.

On June 1, 2022, we granted Appellant's request to remand this case under Life of the Land v. Ariyoshi, 57 Haw. 249, 251, 553 P.2d 464, 465-66 (1976), to the family court after the family court indicated it intended to approve a motion pursuant to Rule 60(b) of the Hawaiʻi Family Court Rules and vacate the Order Terminating Parental Rights. On June 28, 2022, the family court entered an order vacating the Order Terminating Parental Rights. Because the judgment from which this appeal was taken has been vacated, this appeal is now moot. See In Re Marn Family, 141 Hawaiʻi 1, 7, 403 P.3d 621, 627 (2016) ("As a general

rule, a case is moot if the reviewing court can no longer grant effective relief.").

Therefore, IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, November 1, 2022.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge